**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6997

CLEVELAND MCLEAN, JR.,

Plaintiff - Appellant,

versus

ROBERT BOHANNON, Bohannon, Bohannon & Hancock,
Attorneys at Law; JAMES O. BROCCOLETTI, Zoby &
Broccoletti, Attorneys at Law,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-03-336-2)

Submitted: October 15, 2003          Decided: March 16, 2004

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Cleveland McLean, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cleveland McLean, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>McLean v. Bohannon</u>, No. CA-03-336-2 (E.D. Va. May 21, 2003).  We deny McLean's motion for attorney's fees.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>